# United States District Court
## Southern District of Georgia

DARRELL CROWDER
Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV605-088

JOHN DOE, Officer No.1; JOHN DOE,
Officer No.2
Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with the Court's Order of April 26, 2007, dismissing this case without

prejudice; judgment is hereby entered.  This action stands closed.

April 26, 2007
_____
Date

Scott L. Poff
_____
Clerk

*Mary Anne Hill*
_____
(By) Deputy Clerk